In the Matter of Proving the Last Will and Testament of SARAH L. SMALL, Deceased.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order directs an examination before trial in a proceeding for the probate of a will.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

MILO SECKNER, Respondent, v. VILLAGE OF ILION, a Municipal Corporation, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

ROSE M. SECKNER, Respondent, v. VILLAGE OF ILION, a Municipal Corporation, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.